# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Christine Burke <br> *Plaintiff* <br> v. <br> Commissioner of Social Security <br> *Defendant* | ) ) ) ) ) ) )  Civil Action No. 3:16-CV-485 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the Commissioner's non-disability finding is vacated; no finding as to whether Plaintiff was under a "disability" within the meaning of the Social Security Act; matter is Remanded to the Commissioner under Sentence Four of 42 U.S.C. § 405 (g) for further consideration; case is terminated on Court's docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Sharon L. Ovington  on a motion for

Date:  2/21/18

CLERK OF COURT

*signature: Kaylin Atkinson*
Signature of Clerk or Deputy Clerk